UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 06-10213-RWZ

UNITED STATES OF AMERICA

v.

CLARENCE ANDRADE

ORDER ON PRETRIAL MOTION

February 5, 2007

ZOBEL, D.J.

Defendant, Clarence Andrade, stands accused on one count of possession of firearms and ammunition in violation of 18 U.S.C. § 922(g)(1).  He has moved to suppress evidence seized as a result of a New Bedford Police stop and search of his person on January 22, 2006.  (Docket #21.)  While the events leading up to the stop of defendant by police do not appear to be in dispute, the parties do vigorously dispute the events which occurred immediately thereafter.  Accordingly, the court will hold an evidentiary hearing **to determine whether the facts justify suppression of the firearms and ammunition seized by the police following the stop.**

  February 5, 2007                              /s/Rya W. Zobel
         DATE                                  RYA W. ZOBEL
                                       UNITED STATES DISTRICT JUDGE